FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 09 2009

CASE NO. _____

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

5:09 CV00167 SWW/HLG

1. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Robert Bryan HoLT
   ADC # 104652

   Address: _____

   Name of plaintiff: _____
   ADC # _____

   Address: _____

   This case assigned to District Judge Wright
   and to Magistrate Judge _____

   Name of plaintiff: _____
   ADC # _____

   Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Larry Norris

   Position: ADC Director

   Place of employment: ADC

   Address: PineBluff, AR 71603

   Name of defendant: Ray Hobbs

   Position: ADC Asst. Director

   Place of employment: ADC

1

Address: Pine Bluff, AR. 71603

Name of defendant: CMS

Position: ADC Medical Dept.

Place of employment: ADC

Address: Pine Bluff, AR ?

Name of defendant: Dr. Scott

Position: Medical Doctor for CMS/ADC

Place of employment: CMS/ADC

Address: ?

II. Are you suing the defendants in:

☒ official capacity only
☒ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

2

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: **(ADC) Pine Bluff, AR**
**7500 Correction Circle 71603**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__ No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? **YES**

3

Yes ✓   No ___

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I severed my tendon and the knuckle (middle) on my left hand was exsposed from an accident while working for (ADC) construction on July 4th. CMS did not have a doctor on duty when my boss took me to the infiemiry; (Mr. Laughammer). Ms. Snider the head nurse on duty said she thought I needed to go the the hospital and called one Dr. Scott which told her (I would be alright until he seen me the next day) July 5th in the early afternoon I saw Dr. Scott whom told me it would grow back together after he spot felt the injury; Gave me one hand duty and sent me back to work. Monday July 9th at work my tendon receeded back into my hand. Now on July 7th when I was at the infiemary I asked Dr. Hubbard if she could order

4

## VII. STATEMENT OF CLAIM.

me an x-ray because I felt deep down that it was neccessary. (She is my Cronic Care doctor). I had the x-ray Wensday July 11th and on the 12th Dr. Scott retracted his statement of "my injury would grow back together," so I did need surgery! Now Dr. Scott ordered me IBProFine 800's for my pain. I had surgery on or about August 7th and my pain medicine that was ordered to help with my pain until this surgery came in on August the 8th. My hand is important in the fact that I make my living as a carpenter and it will not every be the same.

This accident happened July 4th 2007 its now May 17th 2009. I consolated an attorney Mrs. Sheila Camphel and was informed I had 2 yrs in order to file this lawsuit. My hand and finger are not healed and I feel that they never will therefore I feel I must pursue this lawsuit before my time has lapsed. I've waited these 2 yrs hopeing and praying I would heal but unfortunately I have not and it is hard enough to function outside of prison after as long as I've been here no less to try and find work out of my feild due to this injury.    Bryan Holt #104652

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want compensated for my losses and pain I've been unecessarily put through.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 17th day of MAY, 2009.

*Bryan Holt*

Signature(s) of plaintiff(s)

Revised 05/02/05               5

Back of Attachment II

| | | | |
|---|---|---|---|
| Holt, Robert | | 104652 | VU-07-00951 |
| **INMATE NAME** | | **ADC** | **GRIEVANCE** |

## DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieve on July 4, 2007, you severed a tendon in your left hand and the bone was exposed; as of noon on July 5, 2007, you had not been seen by a doctor.

Records reflect you were seen by Dr. Scott on July 5, 2007. His examination indicated the skin overlying the knuckle of the third finger of the left hand was lacerated approximately 8 mm with the laceration situated transversely. The wound was closed with no active bleeding. He noted your finger was dressed with immobilization and scheduled a follow-up appointment in one week. You were also given a restriction for one arm/hand duty which was to expire on July 15, 2007.

On July 7, 2007, you were seen by Ms. Connie Hubbard, ANP, for the injury which occurred on July 4, 2007. She noted the laceration was intact with no signs of drainage or infection. You were to continue with the immobilization of the finger.

Dr. Scott saw you for a follow-up appointment on July 12, 2007, you were given a script for one arm/and duty until October 10 and a consult was submitted for tendon repair. This consult was approved and surgical repair of the tendon was completed August 7, 2007, by Dr. John Lytle, orthopedic surgeon.

I find nothing to indicate you were denied medical treatment as prescribed.

This issue was addressed and resolved at the unit level and your appeal has no merit.

_____     10/16/07
**WENDY KELLEY, DEPUTY DIRECTOR**          **DATE**

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

# ACKNOWLEDGMENT OF GRIEVANCE

TO:	Inmate <u>Holt, Robert</u>	ADC# <u>104652</u>	Unit <u>Varner</u>

FROM:	Wendy Kelley, Deputy Director

RE:	Receipt of Grievance <u>VU07-00951</u>

DATE:	<u>September 6, 2007</u>

Please be advised, the appeal of your grievance dated <u>7-13-07</u>
was received in my office on this date <u>9-6-07</u>

You will receive a response from this office by	<u>10-17-07</u>

### OR

☐	This grievance is being returned to you because the time allowed for appeal has expired

☐	This grievance is being returned to you because you have not attached
- ☐ the informal resolution (Attachment 1)
- ☐ the original grievance form (Attachment 1a)
- ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
- ☐ the Infirmary Response and/or the Mental Health Response
- ☐ a clear statement of appeal (Back of Attachment 2)

Return your grievance with the checked items if you wish to continue the appeal process.

# INFORMAL RESOLUTION FORM (Attachment 1)

VU-07-00951
7-19-07

UNIT/CENTER **Varner**

**PLEASE PRINT**
Name **Robert B. Holt** ADC# **104652** Brks **4** Job Assignment **Const.**

IS THIS AN EMERGENCY SITUATION? YES **X** NO ___ If yes, why? **my tendon is severed, my knuckle is exposed, its been over 24 hours since it happened.**

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

**I severed my tendon on my left hand and my knuckle is exposed. This happened July 4th around 11:00 A.M. It is now July 5th at 12:10 And I still have not seen the doctor!**

Inmate Signature: **Bryan Holt**
Date: **July 5th 2007**

---

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

7-5-07

**R.T. Bell** ___ **R.T. Bell**
PRINT STAFF NAME (PROBLEM SOLVER)   Staff Code   Staff Signature / Date Received

Was this deemed an emergency? Yes ___ No **✓**
Was there a need to contact medical? Yes **✓** No ___ If yes, give name of person contacted? **Nurse Gordon**
Describe action taken to resolve complaint, including dates. **Nurse Gordon states that you were seen by Dr. Scott on July 5th and told to come back to infirmary if you had any complaints. She states that you need to put in a sick call request and she will put you on the list to be seen by the Dr.**

Was issue resolved? Yes **✓** No ___ Does inmate agree that issue was resolved? Yes ___ No **X**

**CAPT. R.T. Bell 7-9-07**    **Bryan Holt**
Staff Signature/Date             Inmate Signature/Date

RECEIVED
OFFICE OF THE
INVESTIGATOR

DISTRIBUTION: YELLOW – Inmate Receipt
(AFTER COMPLETION) PINK – Problem Solver Copy   BLUE – Grievance Officer
ORIGINAL – Given back to the Inmate After Completion

SEP 06 2007
810-00
HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

GRIEVANCE FOR[M] Attachment 1A)

BK 4
25

FOR OFFICE USE ONLY

Grv. # VU-07-00951
Date Received 7-19-07
Grievance Code: 600

UNIT/CENTER **VARNER**

PLEASE PRINT
Name **Robert B. Holt**   ADC# **104652**   Brks **4**   Job Assignment **Const.**

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes **X**   No ___

All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.

THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes **X** No __  If yes, give date **7-13-07**
Why do you feel the informal resolution was unsuccessful? **NO**

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

On July 5th I was seen by Doctor Scott who felt my knuckle and said he did not feel anything wrong. I informed him that from what I seen the tendon was severed and the knuckle cut into. Dr. Scott told me to keep my finger straight and he thought it would heal. On July 9th at treatment call Nurse R. Cook and I decided going to work was a bad idea. After consulting with Dr. Hubbard she decided I needed a x-ray. After the x-ray was taken, on July 12th I was again consulted by Dr. Scott who agreed the tendon was severed and set me up for surgery. My complaint is, the lack of medical care caused prolonged pain and suffering and extensive damage to the mobility of my left finger, hand, and arm.

IS THIS AN EMERGENCY SITUATION? YES **X** NO ___  If yes, why? **Concern for the use of my finger, hand, and every day use of my arm.**

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

**Bryan Holt**                                                **7-13-07**
INMATE SIGNATURE                                         DATE

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

RECEIVED
OFFICE OF THE
INVESTIGATOR

SEP 06 2007

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

RECEIPT FOR EMERGENCY SITUATIONS
OFFICER (Please Print) _____ Signature _____
FROM WHICH INMATE? _____
DATE: _____  TIME: _____

81C

INMATE NAME: Holt, Robert B.     ADC #: 104652B     GRIEVANCE #: VU-07-00951

### WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty working days of the date I received your grievance. Should you receive no response within this time frame, or the response that you received is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional Programs. If you have medical needs that you believe are urgent, put in a Sick Call Request, or send a Request for an interview to the Medical Administrator.

_____     _____     _____
Signature of ARO or                                Title                                  Date
Warden's/Supervisor's Designee

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? I was not properly cared for or seen in a timely matter resulting in more damage/surgery/scarring/and pain and suffering.

_Bryan Holt_                           104652                           8-21-07
Inmate Signature                       ADC#                              Date

RECEIVED
OFFICE OF THE
INVESTIGATOR

SEP 06 2007

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

IGTT410                                Page 1 of 1

# CMS GRIEVANCE RESPONSE

| GRIEVANCE#: VU-07-00951 |

| **INMATE:** Holt, Robert B. | **ADC#:** 104652 | **DOB:** 05/16/1972 |
|---|---|---|
| **Facility:** Varner Unit [F01] | | **Barracks:** BK04 |
| **Grv. Date:** 07/19/2007 | **Date Infirmary Recd:** 07/23/2007 | **Response Date:** 08/13/2007 |

**Interview:** Required    Deferred •

**Inmate's Complaints: (Code:)**
Denial (601) Inmate states that he was seen by Dr. Scott when his hand got cut and Dr. Scott felt of the knuckle and said he did not feel anything wrong. He states that he then seen Ms. Hubbard for the same thing, and she ordered an x-ray. He then seen Dr. Scott again, and Dr. Scott decided that the tendon had been lacerated. Inmate states that his concern is about his finger, hand and the everyday use of his arm. 

**Responses:**
After review of your medical records, I have found that you seen Dr. Scott on 7/05/07 for this incident. Dr. Scott noted at that time that you had a possible laceration of the joint capsule of the third MCP joint. He also noted that it would be dressed with immobilization and would schedule you for a follow-up in one week. You then seen Ms. Hubbard on 7/07/07 for the same incident. Ms. Hubbard noted to continue immobilization, and to get x-rays. Dr. Scott reviewed the x-rays, and on 7/12/07 seen you for your follow-up. Dr. Scott noted at that time that there was an apparent partial transection of the extensor tendon of the left third finger, and wrote a consult for you to have the tendon repaired. You have been to the ortho clinic and had the tendon repaired at this time. If you have any concerns or questions, please submit a request for interview. If you have any medical issues, please submit a sick call slip. 

**Recommendations:**
Submit a request for interview if needed.
Submit a sick call slip if needed. 

Responding Staff                                                                 Date

**Follow Up Required?:** Yes     No

IGTT420                                         Page 1 of 1