IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT BRYAN HOLT,
ADC #104652                                                                                    PLAINTIFF

v.                                      5:09CV00167SWW/HLJ

LARRY NORRIS, et al.                                                                       DEFENDANTS

ORDER

By Order dated June 18, 2009 (DE #3), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #5). . Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for defendant Dr. Scott.   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendant Dr. Scott.   The Clerk of the Court shall prepare summons for the defendant and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #5) and summons on defendant in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 23rd day of July, 2009.

_____
*Henry L. Jones, Jr.*
United States Magistrate Judge