IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT BRYAN HOLT,
ADC #104652                                                                                            PLAINTIFF

v.                                         5:09CV00167SWW/HLJ

LARRY NORRIS, et al.                                                                              DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Langhammer, West, Snyder, Hubbard, Norris, Hobbs, and CMS are hereby DISMISSED from plaintiff's complaint, for failure to state a claim.

IT IS SO ORDERED this 7th day of August, 2009.

/s/Susan Webber Wright
United States District Judge