IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT BRYAN HOLT,
ADC #104652                                                                          PLAINTIFF

5:09V00167HLJ

LARRY NORRIS, et al.                                                             DEFENDANTS

<u>ORDER</u>

This matter is before the Court on plaintiff's motion for appointment of counsel (DE #40).

The Court notes that the factual allegations in the complaint are not complex, the legal issues are very straightforward, and plaintiff has thus far demonstrated adequate ability to place his claims before the Court. Therefore, the Court will deny plaintiff's request for counsel at this time. Accordingly,

IT IS THEREFORE, ORDERED that plaintiff's motion for the appointment of counsel (DE #40) is DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff shall file a response to defendants' summary judgment motion (DE #37) within ten days of the date of this Order.

IT IS SO ORDERED this 22nd day of February, 2010.

_____
Henry L. Jones, Jr.
United States Magistrate Judge