IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT BRYAN HOLT,
ADC #104652                                                                                          PLAINTIFF

v.                                      5:09CV00167SWW/JTK

LARRY NORRIS, et al.                                                                        DEFENDANTS

<u>ORDER</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment (Doc. No. 37) is hereby GRANTED, and plaintiff's complaint against defendant is hereby DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 21st day of May 2010.


                                                                        /s/Susan Webber Wright
                                                                    UNITED STATES DISTRICT JUDGE