IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT BRYAN HOLT,
ADC #104652                                                                                          PLAINTIFF

v.                                    5:09CV00167SWW/JTK

LARRY NORRIS, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 21st day of May, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE